JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED AFRICAN-ASIAN ABILITIES CLUB, et al., | Case No. CV 17-6364 FMO (AGRx) |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| CANBRI PROPERTIES, LLC, et al., | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 24th day of January, 2018.

/s/
Fernando M. Olguin
United States District Judge